1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 |    450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6 |    Telephone: (415) 436-7124
   FAX: (415) 436-7169
7

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| XIAO DONG SUN, | ) | |
|---|---|---|
|             Plaintiff, | ) | No. C 09-3402 SC |
|       v. | ) | **STIPULATION TO DISMISS; AND** |
| ERIC H. HOLDER, Attorney General of the United States; JANET NAPOLITANO, Secretary of the Department of Homeland Security; MICHAEL AYTES, Acting Deputy Director, U.S. Citizenship and Immigration Services; ROBIN BARRETT, San Francisco Field Office Director, U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, | ) | **[PROPOSED] ORDER** |
|             Defendants. | ) | |

///

///

///

///

///

///

Stipulation to Dismiss
C 09-3402 SC                                     1

1     Plaintiff, by and through his attorneys of record, and Defendants, by and through their
2 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the
3 above-entitled action without prejudice in light of the fact that the United States Citizenship and
4 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and
5 agrees to do so within 30 days of the dismissal of this action. See 8 U.S.C. § 1447(b).
6     Each of the parties shall bear their own costs and fees.

8 Dated: September 4, 2009            Respectfully submitted,

                                                        JOSEPH P. RUSSONIELLO
                                                        United States Attorney

                                                      _____/s/_____
                                                      ILA C. DEISS[1]
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants

15 Date: September 4, 2009              _____/s/_____
                                                      ELIZA XUAN WANG
                                                       Attorney for Plaintiff

**ORDER**

19     Pursuant to stipulation, IT IS SO ORDERED.

21 Date: 9/10/09                         _____
                                                      SAMUEL CONTI
                                                      United States District Judge

_____

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 09-3402 SC                                                   2